

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-14-00159-CV |
| IN RE CARLOS RESTREPO AND LINDA RESTREPO, | § | ORIGINAL PROCEEDING |
| | § | ON PETITION FOR WRIT OF |
| RELATORS. | § | MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Carlos Villa, Judge of the County Court at Law No. 5 of El Paso County, Texas, and concludes Relators' petition for writ of mandamus should be denied.  We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 23RD DAY OF MAY, 2014.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)